UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:14-CR-48 RLM |
| | ) | |
| MATTHEW MOBLEY | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 21, 2014. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Matthew Mobley's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  June 5, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court